# THE UNITED STATES DISTRICT COURT
# DISTRICT OF ALASKA

## *AARON WASHINGTON v. JOE DRIVER*

Case No.  1:11-cv-0016  TMB

By:             THE HONORABLE TIMOTHY M. BURGESS

**PROCEEDINGS:**     **ORDER FROM CHAMBERS**

Having reviewed Magistrate Judge Longenbaugh's Report and Recommendation on Respondent's Motion to Dismiss Claim for Failure to Exhaust State Remedies (Docket No. 22), the Court hereby adopts and accepts the Report and Recommendation in its entirety. Consequently, Respondent's Motion to Dismiss Claim for Failure to Exhaust State Remedies, (Docket 14), is **GRANTED**.

**IT IS SO ORDERED.**

Entered at the direction of the Honorable Timothy M. Burgess, United States District Judge.

DATE: March 28, 2013