MINUTES OF THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

*Washington v. Driver*

Case No. 3:11-cv- 00016 TMB

By: THE HONORABLE TIMOTHY M. BURGESS

**PROCEEDINGS:** **ORDER FROM CHAMBERS**

    Having reviewed Magistrate Judge Longenbaugh's Initial Report and Recommendation on Petitioner's Amended Petition for Habeas Corpus (Docket No. 40 ), in conjunction with the parties' Objections and Responses (Docket Nos. 41 & 42), the Court hereby adopts and accepts the Report and Recommendation in its entirety. Consequently, Petitioner's Amended Petition for Habeas Corpus , (Docket 35), is DENIED.

    **IT IS SO ORDERED.**

Entered at the direction of the Honorable Timothy M. Burgess, United States District Judge.

DATE: March 21, 2014